# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIC Enterprises, Inc., DIC Entertainment, L.P. ; DIC Animation City, Inc.,; DIC Entertainment, Inc.: DIC I Corporation,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Mandeleine Bemelmans, and Barbara Bemelman,<br><br>　　　　　Defendant(s). | CASE NO. CV07-7661AHM(VBKx)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

    The Court having been advised by the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated. Make JS-6.

    IT IS SO ORDERED.

Date: February 6, 2008

_____
A. Howard Matz
United States District Court Judge